UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW A. WAGNER, | |
| Petitioner, | |
| v. | Case No. 11-cv-424-JPG |
| UNITED STATES OF AMERICA, | Criminal No 09-cr-40045-JPG |
| Respondent. | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Matthew A. Wagner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Matthew A. Wagner, and that this case is dismissed with prejudice.

**DATED: March 28, 2013**          NANCY J. ROSENSTENGEL, Clerk of Court

                                              s/Brenda K. Lowe, Deputy Clerk


**Approved**:   s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGEJUDGE**